not alter the nature of the area. The determination therefore should not be disturbed *(Matter of City of Schenectady v Coughlin, supra; Matter of Town of Greenburgh v Coughlin,* 73 AD2d 672). (Article 78 proceeding transferred by order of Onondaga Supreme Court.) Present — Dillon, P.J., Cardamone, Simons, Denman and Schnepp, JJ.

■ The People of the State of New York ex rel. Henry Harris, Appellant, v William Lombard, as Sheriff of Monroe County, et al., Respondents. — Appeal unanimously dismissed as moot *(People ex rel. Wilder v Markley,* 26 NY2d 648); counsel's application to withdraw granted *(People v Crawford,* 71 AD2d 38). (Appeal from denial of writ of habeas corpus by Monroe County Court.) Present — Dillon, P.J., Simons, Hancock, Jr., Doerr and Moule, JJ.

■ Karen E. Leone, Appellant, v Greek Peak, Inc., et al., Respondents. — Order unanimously reversed, without costs, and motion granted. Memorandum: This is a negligence action in which plaintiff's attorney filed a note of issue containing a check mark designating "Trial without jury". Less than three months later, plaintiff moved for leave to serve and file a demand for trial by jury. Special Term denied the motion, and plaintiff appeals. Although plaintiff is deemed to have waived her right to a jury trial (CPLR 4102, subd [a]), she may be relieved of the waiver "if no undue prejudice to the rights of another party would result" (CPLR 4102, subd [e]). Plaintiff's attorney avers that he intended to demand a jury trial in the note of issue but his failure to do so was inadvertent and "due to oversight". He further alleges that he brought this motion immediately upon being advised by "court personnel" that the note of issue failed to contain a demand for a jury. In such circumstances, and in the absence of any claim of prejudice to the defendants, the motion should have been granted *(Schwartz v Sunlight Apts.,* 274 App Div 901). (Appeal from order of Chautauqua Supreme Court — demand for jury trial.) Present — Dillon, P.J., Simons, Hancock, Jr., Doerr and Moule, JJ.

■ The People of the State of New York, Respondent, v Henryk Hanulevicz, Appellant. (Appeal No. 1.) — Judgment insofar as it imposes sentence unanimously modified, as a matter of discretion in the interest of justice, by directing that the sentence be served concurrently, not consecutively, and otherwise judgment affirmed. (Appeal from judgment of Erie Supreme Court — grand larceny, third degree.) Present — Cardamone, J.P., Doerr, Moule and Schnepp, JJ.

■ The People of the State of New York, Respondent, v Henryk Hanulevicz, Appellant. (Appeal No. 2.) — Judgment insofar as it imposes sentence unanimously modified, as a matter of discretion in the interest of justice, by directing that the sentence be served concurrently, not consecutively, and otherwise judgment affirmed. (Appeal from judgment of Erie Supreme Court — grand larceny, third degree.) Present — Cardamone, J.P., Doerr, Moule and Schnepp, JJ.

■ The People of the State of New York, Respondent, v Istuan Martus, Appellant. — Judgment insofar as it imposes sentence unanimously modified, as a matter of discretion in the interest of justice, to reduce the sentence to time served, and otherwise judgment affirmed. (Appeal from judgment of Erie Supreme Court — sexual abuse, first degree.) Present — Cardamone, J.P., Doerr, Denman, Moule and Schnepp, JJ.